IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| FREDA GALE KILGORE, Individually, and as Representative of the Estate of LUTHER DALE GOFORTH, Deceased, and EDDIE L. GOFORTH, | § § § § § | |
| VS. | § § | CIVIL ACTION NO. 5:13cv51 |
| RED RIVER COUNTY, TEXAS, ET AL. | § § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the lawsuit should be dismissed. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #24) is **ADOPTED**. It is further

**ORDERED** that the joint motion to dismiss with prejudice (docket entry #23) is **GRANTED**. It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice. Fed. R. Civ. P. 41(a). It is finally

1

**ORDERED** that all motions by either party not previously ruled on are **DENIED**.

**It is SO ORDERED**.

 **SIGNED this 22nd day of January, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE